UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLAYTON CANGELOSI                                  CIVIL ACTION

VERSUS                                             NUMBER: 21-1465

LOUISIANA GOVERNOR                                 SECTION: F (1)
JOHN BEL EDWARDS

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the lawsuit is DISMISSED for failure to state a claim and as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i-ii).

New Orleans, Louisiana, this __4th__ day of January, 2022

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE